**Appeal Dismissed and Memorandum Opinion filed August 6, 2024.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00963-CV

---

### DOMINIQUE DICKERSON, Appellant

### V.

### DZUNG NGUYEN, Appellee

---

**On Appeal from the County Court at Law No. 3
Fort Bend County, Texas
Trial Court Cause No. 23-CCV-073102**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed December 12, 2023. The notice of appeal was filed December 20, 2023.

No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court that the appellant requests the appeal to be dismissed. On May 31, 2024, the court notified all parties of the court's intention to dismiss the appeal for want of prosecution unless, within 30 days, the court receives a notice of their intention to continue the appeal. *See* Tex. R. App. P.

42.2(b). Appellant did not file a response.

Accordingly, the appeal is dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Spain and Poissant.